# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3081
LT Case No. 2022-301750-CFDB

_____

BRANDON M. FOX,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Asad Ali, and Robert I. Mandell, of Mandell Law, P.A., Orlando,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____